19110. RAY, by Guardian, *v.* ASHBURN BANK.

DUCKWORTH, Chief Justice. Where, as here, stipulated facts show that the defendant in fi. fa. conveyed the land levied upon to a claimant for a valuable consideration, the deed containing a clause to the effect that the grantor reserved the right to occupy the conveyed land without paying rent "so long as he desires to do so," the reservation is not a life estate, since by its plain terms it may be terminated at will; and it was therefore not subject to the levy, and the court erred in ruling against the claimant. Code § 61-101; *Harber & Brother* v. *Nash*, 126 *Ga.* 777 (55 S. E. 928). Compare *Mitchell* v. *Spillers*, 203 *Ga.* 565 (47 S. E. 2d 564).

*Judgment reversed. All the Justices concur.*

ARGUED SEPTEMBER 14, 1955—DECIDED OCTOBER 13, 1955—
REHEARING DENIED NOVEMBER 16, 1955.

*James H. Pate,* for plaintiff in error.
*John R. Rogers,* contra.